# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN RE:

HUGUALBERTO RIVERA SERRANO

JANET NEGRON GONZALEZ


XXX-XX-3008

XXX-XX-9717


            Debtor(s)

CASE NO. 08-08083 BKT

Chapter 13



FILED & ENTERED ON 01/03/2011

## O R D E R

The application for allowance of compensation filed by debtor's attorney in the amount of $262.50 (docket #60), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 03 day of January, 2011.

                                        Brian K. Tester
                                     U.S. Bankruptcy Judge

C:    DEBTOR
      JAIME RODRIGUEZ-PEREZ
      ALEJANDRO OLIVERAS RIVERA
      US TRUSTEE
      FINANCE DEPT.