IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-08083 BKT

HUGUALBERTO RIVERA SERRANO

Chapter 13

JANET NEGRON GONZALEZ

XXX-XX-3008

XXX-XX-9717

FILED & ENTERED ON 01/03/2011

Debtor(s)

**O R D E R**

The application for allowance of compensation filed by debtor's attorney in the amount of $262.50 (docket #60), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 03 day of January, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
JAIME RODRIGUEZ-PEREZ
ALEJANDRO OLIVERAS RIVERA
US TRUSTEE
FINANCE DEPT.

# CERTIFICATE OF NOTICE

```
District/off: 0104-3        User: figueroac           Page 1 of 1              Date Rcvd: Jan 03, 2011
Case: 08-08083              Form ID: pdf002           Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 05, 2011.
db/jdb      +HUGUALBERTO RIVERA SERRANO,    JANET NEGRON GONZALEZ,    HC 2 BOX 8524,    BAJADERO, PR 00616-9741

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                              **Signature:**  _Joseph Speetjens_